AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID JESSE BROWN,

                Plaintiff,

                v.

WASHINGTON STATE UNIVERSITY, et al,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-079-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the WSU defendants' motion for Summary Judgment, ECF No. 58, is GRANTED.  Plaintiff's claims against the WSU Defendants are DISMISSED.  Plaintiff's claims against Defendant Roger Sandberg are DISMISSED for lack of prosecution.  Judgment in favor of the WSU Defendants and Defendant Roger Sandberg.  Case closed.

March 11, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer